**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 05-6684**

———————

ALBERT CURTIS MILLS,

Plaintiff - Appellant,

versus

THOMAS CORCORAN, Warden; JAMES SMITH, Security
Chief; DONNA HANSEN, Captain; KAREN GARDNER;
TOMEKA SALLY; THERESA WILLIAMS; FRANCINE
DAVIS, Officer; OFFICER STIELPER; STUART
SIMMS, Secretary; GEORGE BROSAN, Deputy
Secretary; DOUGLAS CLOMAN, Major; WILLIAM
SONDERVAN; FRANK SIZER; JACK KAVANAGH,
Department of Safety; BRENDA BERTRAM,
Lieutenant; CINDY KOMENDA, Sergeant,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Deborah K. Chasanow, District Judge.
(CA-02-2484-DKC)

———————

Submitted: November 2, 2005      Decided: January 23, 2006

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Albert Curtis Mills, Appellant Pro Se. Stephanie Judith Lane Weber,
OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Albert Curtis Mills appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Mills v. Corcoran, No. CA-02-2484-DKC (D. Md. Apr. 22, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED